ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney

      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone:  (415) 977-8946
      Facsimile:  (415) 744-0134
      Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHERRI LEE MCCAUGHEY, | ) |
| | )  Case No.: 2:12-CV-06427-GAF-MRW |
|       Plaintiff, | ) |
| | ) |
|    vs. | )  **[~~PROPOSED~~]** |
| | )  **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1        The Court having approved the parties' Stipulation to Voluntary Remand

2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3 ("Stipulation to Remand") lodged concurrent with the lodging of the within

4 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

5 **DECREED** that the above-captioned action is remanded to the Commissioner of

6 Social Security for further proceedings consistent with the Stipulation to Remand.

7

8

9 DATED: _February 22, 2013_                     

10                                    HON. MICHAEL WILNER
                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28