ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney

    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8946
    Facsimile:  (415) 744-0134
    Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHERRI LEE MCCAUGHEY, | ) |
|     Plaintiff, | ) Case No.: 2:12-CV-06427-GAF-MRW |
| vs. | ) **[PROPOSED]** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | ) **JUDGMENT OF REMAND** |
|     Defendant. | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1  The Court having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 22, 2013

HON. MICHAEL WILNER
UNITED STATES MAGISTRATE JUDGE