1  JANNA K. LOWENSTEIN (SBN 225371)
   Lowenstein Disability Lawyers, A.L.C.
2  15315 Magnolia Blvd., Suite 402
   Sherman Oaks, California  91403
3  Tel - (818) 905 6611
   Fax - (818) 789 1375
4       Email: jklowenstein@yahoo.com

5  Attorney for Plaintiff

7                  UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

10  CHERRI McCAUGHEY           )   CASE NO. CV 12-6427 -MRW
                               )
11         Plaintiff,          )   [PROPOSED] ORDER AWARDING
                               )   ATTORNEYS FEES PURSUANT
12  vs.                        )   TO EAJA 28 U.S.C. §2412(d)
                               )   AND COSTS PURSUANT
13  CAROLYN W. COLVIN,         )   TO 28 U.S.C. §1920
    ACTING COMMISSIONER        )
14  OF SOCIAL SECURITY         )   _____
                               )
15         Defendant           )
    _____)

17       Pursuant to the Stipulation between the parties, through their respective counsel,
18  awarding attorneys fees under EAJA,
19       IT IS HEREBY ORDERED
20       That EAJA fees are awarded in the amount of $3,300.00, subject to the terms of
21  the stipulation.
22  Dated: May 22, 2013

                                        _____
                                        MICHAEL R. WILNER
                                        U.S. Magistrate Judge